# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| COLONY INSURANCE COMPANY, a corporation,<br><br>    Plaintiff,<br><br> vs.<br><br>BLACK LABEL, INC., and KENYAUN BROWN,<br><br>    Defendants. | 2:09-CV-02124-PMP-LRL<br><br>**ORDER** |

  **IT IS ORDERED** that Plaintiff Colony Insurance Company's Application for Default Judgment (Doc. #16) is **GRANTED** and the Clerk of Court shall forthwith enter judgment in favor of Plaintiff Colony Insurance Company and against Defendant Kenyaun Brown and Black Label, Inc. pursuant to Rule 55(b)(1) of the Federal Rules of Civil Procedure declaring that Plaintiff Colony Insurance Company is not required to defend nor indemnify defendant Black Label, Inc. in any action arising out of the incident that occurred on May 16, 2009 at the Black Label Lounge Nightclub in Las Vegas, Nevada involving Defendant Kenyaun Brown.

  DATED: August 9, 2010.

_____
PHILIP M. PRO
United States District Judge