◈AO450 (Rev. 5/85)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

DISTRICT OF Nevada

Colony Insurance Company,

                Plaintiff,

V.

Black Label, Inc., et al.,

                Defendants.

**JUDGMENT IN A CIVIL CASE**

Case Number: 2:09-cv-02124-PMP-LRL

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.** A notice of acceptance with offer of judgment has been filed in this case.

   IT IS ORDERED AND ADJUDGED

that default judgment is entered in favor of Plaintiff Colony Insurance Company and against Defendants Black Label, Inc. and Kenyaun L. Brown.

August 11, 2010                  /s/ Lance S. Wilson

Date                                         Clerk

                                                /s/ Erin Smith

                                                (By) Deputy Clerk